IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY E. WARREN | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| MICHAEL J. ASTRUE | : NO. 07-CV-3367 |
| COMMISSIONER OF SOCIAL SECURITY | : |

O R D E R

AND NOW, this 28th day of October, 2008, upon review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells entered on September 30, 2008, it is hereby ORDERED that:

1. The Report and Recommendation [Doc. #10] is APPROVED and ADOPTED as no objections were received by the October 22, 2008 deadline.

2. The Plaintiff's Request for Review [Doc. # 6] is DENIED.

3. Judgment is ENTERED in favor of the Commissioner of Social Security and against the Plaintiff.

4. The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

*/s/ THOMAS M. GOLDEN*
THOMAS M. GOLDEN, J